# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | United States District Court - Texas | 9/18/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Judge Andrew S. Hanen
United States Courthouse
600 E. Harrison St., #301
Brownsville, Texas 78520

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baylor University School of Law | 6/6/14 – 6/7/14 | Waco, Texas | Mock Trial | Hotel |
| 2. | TexasBarCLE | 1/9/14 – 1/10/14 | Austin, Texas | CLE Panelist | Hotel, mileage, meals and parking |
| 3. | TexasBarCLE | 4/3/14 – 4/4/14 | Dallas, Texas | CLE Panelist | Hotel, meals and transportation |
| 4. | TexasBarCLE | 5/22/14 – 5/23/14 | San Antonio, Texas | CLE Panelist | Hotel, mileage and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 9/18/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 9/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account #3 | B | Int./Div. | M | T | | | | | |
| 2. -Merrill Lynch Money Mkt. Reserves n/k/a Bank of America RASP | | | | | | | | | |
| 3. -Apple | | | | | | | | | |
| 4. -Apple | | | | | Sold (part) | 11/05/14 | J | A | |
| 5. -I Shares Biotech | | | | | | | | | |
| 6. -Vanguard Consumer STPL | | | | | | | | | |
| 7. -Vanguard Materials | | | | | | | | | |
| 8. -Vanguard Energy | | | | | | | | | |
| 9. -Vanugard Consumer Dis. | | | | | | | | | |
| 10. -Vanguard Consumer Dis. | | | | | Sold (part) | 11/05/14 | J | A | |
| 11. -Vanguard Ind | | | | | | | | | |
| 12. -Health Care Select SPDR Fund | | | | | | | | | |
| 13. -Spdr Financial | | | | | | | | | |
| 14. -Vanguard Info | | | | | | | | | |
| 15. -Vanguard Info | | | | | Sold (part) | 11/05/14 | J | A | |
| 16. Retirement Account #1 | D | Int./Div. | O | T | | | | | |
| 17. -Fidelity Short Term Bond Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 9/18/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Marshall Bond Fund (n/k/a BMO Short Term Intermediate Bond) | | | | | | | | | |
| 19. -Dartmouth College Bonds | | | | | | | | | |
| 20. -Barclay Bank Bonds | | | | | | | | | |
| 21. -Microsoft Bonds | | | | | | | | | |
| 22. -Walmart Bonds | | | | | | | | | |
| 23. -Goldman Sachs Bonds | | | | | | | | | |
| 24. -George Washington Uni. Bond | | | | | | | | | |
| 25. -Fidelity Cash Reserves | | | | | | | | | |
| 26. Brokerage Account #1 | | | | | | | | | |
| 27. -Port Neches Grove ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 28. -Brownsville Tx Uty Systm. Municipal Bonds | C | Interest | M | T | | | | | |
| 29. -Hutto Tex. ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 30. -Burleson Tex ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 31. -MS Tax Free Income Trust | A | Dividend | N | T | | | | | |
| 32. Brokerage Account #2 | | | | | | | | | |
| 33. -Lower Col. Riv. Auth. Municipal Bonds | A | Interest | J | T | | | | | |
| 34. -Harris Houston Tex. Sprt Municipal Bonds | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 9/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Lancaster ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 36. -N. Tex. Twy. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 37. -Houston Tex. Higher Ed Municipal Bonds | B | Interest | L | T | | | | | |
| 38. -BIF Tax Excempt | A | Dividend | L | T | | | | | |
| 39. -Waco Texas CTFS Oblig Municipal Bonds | B | Interest | K | T | | | | | |
| 40. Compass Bank | A | Interest | L | T | | | | | |
| 41. Northwestern Mutual EOL Life Ins #117 | A | Dividend | J | T | | | | | |
| 42. Northwestern Mutual EOL Life Ins #714 | A | Dividend | J | T | | | | | |
| 43. Northwestern Mutual Whole Life Ins #642 | A | Dividend | J | T | | | | | |
| 44. Northwestern Mutual Whole Life Ins #817 | C | Dividend | L | T | | | | | |
| 45. Northwestern Mutual Whole Life Ins #811 | C | Dividend | L | T | | | | | |
| 46. Northwestern Mutual EOL Life Ins #840 | C | Dividend | K | T | | | | | |
| 47. IRA Account #4 | D | Int./Div. | N | T | | | | | |
| 48. -Treasury Strips | | | | | | | | | |
| 49. -Treasury Strips | | | | | Redeemed (part) | 02/18/14 | J | A | |
| 50. -Treasury Strips | | | | | Redeemed (part) | 11/17/14 | J | A | |
| 51. -Capital Income BLDR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 9/18/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Capital Income BLDR | | | | | Buy | 02/28/14 | J | | |
| 53. -American FDS Portfolio Growth and Index Fund | | | | | | | | | |
| 54. -American FDS Portfolio Growth and Index Fund | | | | | Buy | 02/28/14 | K | | |
| 55. -Apple | | | | | | | | | |
| 56. -Spdr Indus. | | | | | | | | | |
| 57. -Spdr Cons. STPL | | | | | | | | | |
| 58. -Spdr Energy | | | | | | | | | |
| 59. -Consumer Discretion - Select Sector SPDR FD | | | | | | | | | |
| 60. -Spdr Gold | | | | | | | | | |
| 61. -Vanguard Info | | | | | | | | | |
| 62. -WF Sweep (See Note 4) | | | | | | | | | |
| 63. Brokerage Account #3 | | | | | | | | | |
| 64. -MS FT | A | Dividend | J | T | | | | | |
| 65. -WF Money Mkt (n/k/a WF Sweep) (See Note 4) | A | Dividend | J | T | | | | | |
| 66. -Cisco | A | Dividend | J | T | | | | | |
| 67. -Valero | A | Dividend | J | T | Buy | 07/21/14 | J | | |
| 68. -Wells Fargo | A | Dividend | J | T | Buy | 08/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 9/18/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -Target | A | Dividend | J | T | Buy | 08/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 9/18/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Note 1 - IRA Accounts #1 and #2 were closed in 2013 and those transactions were reported on last year's report.

2. Note 2 - The Merrill Lynch Money Mkt. Reserves referred to in Line 11 of the 2013 Report and in Line 2 of this report was designated as "FIA Card Services NA" and then redesignated again as "Bank of America RASP."

3. Note 3 - The Marshall Bond Fund contained in Retirement Account #1 has been redesignated as the "BMO Short Intermediate BdY."

4. Note 4 - The uninvested funds in IRA Account #4 and Brokerage Account #3 are now being kept in what Wells Fargo has designated a "sweep account." Therefore, in this report, the references to a "WF Sweep" are new.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Andrew S. Hanen**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544